| | |
|---|---|
| 1 | AARON R. MAURICE, ESQ. |
| | Nevada Bar No. 006412 |
| 2 | BRITTANY WOOD, ESQ. |
| | Nevada Bar No. 007562 |
| 3 | KOLESAR & LEATHAM |
| | 400 South Rampart Boulevard, Suite 400 |
| 4 | Las Vegas, Nevada 89145 |
| | Telephone: (702) 362-7800 |
| 5 | Facsimile: (702) 362-9472 |
| | E-Mail: amaurice@klnevada.com |
| 6 | bwood@klnevada.com |

Attorneys for Defendant,
FIRST AMERICAN TRUSTEE SERVICING
SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIMIJACK IRREVOCABLE TRUST, by his trustees, Joel and Sandra Stokes, | CASE NO. 2:18-cv-01560-JAD-VCF |
| Plaintiff, | **MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING** |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASOCIATION, form and type of entity unknown; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, a Texas limited liability company registered with the Nevada Secretary of State; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

The undersigned hereby request to be removed from the filing and service list through the Court's CM/ECF filing program on behalf of First American Trustee Servicing Solutions, LLC ("FATSS") pursuant to NRS 107.029(5).

On August 23, 2018, FATSS filed a Declaration of Nonmonetary Status of First American Trustee Servicing Solutions, LLC pursuant to NRS 107.029.

NRS 107.029 provides:

> NRS 107.029  Trustees: Declaration of nonmonetary status; objection to declaration.
>
> 1.  If the trustee under a deed of trust is named in an action in which the deed of trust is the subject and the trustee has a reasonable belief that he or she has been named in the action solely in his or her capacity as trustee and not as a result of any wrongful act or omission made in the performance of his or her duties as trustee, the trustee may, at any time, file a declaration of nonmonetary status. The declaration must be served on the parties in the manner prescribed by Rule 5 of the Nevada Rules of Civil Procedure and must include:
>
>     (a) The status of the trustee as trustee under the deed of trust; and
>     (b) The basis for the trustee's reasonable belief that he or she has been named as a defendant in the action solely in his or her capacity as trustee and not as a result of any wrongful act or omission made in the performance of his or her duties as trustee.
>
> 2.  Upon the filing of a declaration of nonmonetary status pursuant to subsection 1, the time in which the trustee is required to file an answer or any other responsive pleading is tolled until notice is given of an order granting an objection to the declaration of nonmonetary status, from which date the trustee has 30 days to file an answer or any other responsive pleading to the complaint.
>
> 3.  Any party that has appeared in an action described in subsection 1 has 15 days after the date of service of the declaration of nonmonetary status to file an objection. Any objection filed pursuant to this subsection must set forth the factual basis on which the objection is based and must be served on the trustee.
>
> 4.  If a timely objection is made pursuant to subsection 3, the court shall promptly examine the declaration of nonmonetary status and the objection and shall issue an order as to the validity of the objection. If the court determines the objection is valid, the trustee is required to participate in the action.
>
> 5.  **If no objection is raised within the 15-day period pursuant to subsection 3 or if the court determines the objection is invalid, the trustee is not required to participate any further in the action and is not subject to any money damages or attorney's fees or costs, except that the trustee is required to respond to any discovery request as a nonparty participant and is bound by any court order relating to the deed of trust.**
>
> 6.  If, at any time during the proceedings under this section, the parties to the action acquire newly discovered evidence indicating the trustee should be made a participant in the action as a result of the trustee's performance of his or her duties as trustee,

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

2969482 (8754-198)

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

the parties may file a motion to amend the pleadings pursuant to Rule 15 of the Nevada Rules of Civil Procedure.

7. For the purposes of this section, "trustee" includes any agent or employee of the trustee who performs some or all the duties of a trustee under this chapter and includes substitute trustees and agents of the beneficiary or trustee.

NRS 107.029 (emphasis added).

No party has filed an objection to FATSS' Declaration as permitted by NRS 107.029(3). Accordingly, pursuant to NRS 107.029(5), as a matter of Nevada law, FATSS was no longer required to participate any further in the action as of September 7, 2018, the date on which the 15-period prescribed by NRS 107.029(3) expired.

As such, counsel for FATSS request this Court to remove the names of FATSS' counsel from the CM/ECF service list. FATSS requests that documents no longer to be served by electronic means to the following persons at the following e-mail addresses:

1. Aaron R. Maurice: sowens@klnevada.com, usdistrict@klnevada.com, bwood@klnevada.com, amaurice@klnevada.com

2. Brittany Wood: usdistrict@klnevada.com, sowens@klnevada.com, bwood@klnevada.com

DATED this 12th day of September, 2018.

**KOLESAR & LEATHAM**

By /s/ Brittany Wood_____
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant,
FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Kolesar & Leatham, and that on the 12th day of September, 2018, I caused to be served a true and correct copy of the foregoing **MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING** in the following manner:

The Court's Electronic Filing System to all parties on the current service list:

Joseph Y. Hong, Esq.
Hong & Hong
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89145

*Attorneys for Plaintiff,*
*Jimijack Irrevocable Trust, by its trustees,*
*Joel and Sandra Stokes*

Dana Jonathon Nitz, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorneys for Defendant,*
*Federal National Mortgage Association*

/s/ Susan A. Owens
An Employee of KOLESAR & LEATHAM